AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Western District of Washington

| | | |
|---|---|---|
| Eric Drake | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-01129-JLR |
| COSTCO WHOLESALE MEMBERSHIP, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COSTCO WHOLESALE MEMBERSHIP, INC.
Serve its agent of service:
C. T. Corporation System
711 Capitol Way South
Suite 204
Olympia, Washington 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Drake
P.O. Box 177
Duluth, Georgia 30096
912-281-7100
Email address:
directdrakeemail@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/6/2024

CLERK OF COURT

*Martin Valencia*

Signature of Clerk or Deputy Clerk